UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:26-cr-123-SCR |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| TIMOTHY RANDOLPH INGRAM | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      The defendant, TIMOTHY RANDOLPH INGRAM resided in Fort Mill, South Carolina and was a tax return preparer and owner of South End Tax and Bookkeeping located in Charlotte, North Carolina. At the direction of his co-conspirators, INGRAM prepared tax returns and created false and fabricated documents that were submitted to Mortgage Company A.

2.      Co-conspirator G.H. and others, referred prospective borrowers to Co-conspirator M.S. to assist them in applying for mortgage loans with Mortgage Company A.

3.      If a referred borrower did not have filed tax returns or the borrower's filed tax returns did not evidence sufficient income to obtain the desired mortgage loan, M.S. or G.H. directed the borrower to INGRAM to assist with preparing tax returns to be filed or amending previously filed tax returns to reflect additional income.

4.      M.S. and G.H. provided INGRAM with financial information to use for the

preparation of the borrowers' tax returns, including income amounts, and directed INGRAM to prepare tax returns that showed sufficient income for the borrowers to qualify for the loans. INGRAM prepared and caused to be filed, tax returns based on this financial information.

5. M.S. and G.H. also directed INGRAM, who was not a certified public accountant (CPA) to prepare and sign CPA Letters containing false information concerning the borrowers' tax filing history and business ownership, among others. INGRAM received the information contained in these letters from M.S. or G.H. and never verified with the borrowers that the information was correct. M.S. submitted the CPA Letters to Mortgage Company A as part of the mortgage loan applications.

6. M.S. and G.H. directed INGRAM to falsely represent that he audited the borrowers' financials. In some instances, M.S. and G.H. directed INGRAM to prepare profit and loss statements containing false financial information about the borrowers' businesses and to attest that he had audited the financials. M.S. submitted the CPA Letters to Mortgage Company A as part of the mortgage loan applications.

7. M.S. and G.H. directed INGRAM to prepare fabricated invoices for inclusion in the borrowers' loan applications in order to substantiate the borrowers' claimed income. M.S. submitted the invoices to Mortgage Company A as part of the mortgage loan applications.

8. INGRAM, M.S., and G.H., prepared, and caused to be prepared, and submitted, and caused to be submitted, to Mortgage Company A, false mortgage loan applications and fabricated supporting documents on behalf of borrowers. The mortgage loan applications contained false statements that inflated the borrowers' income and assets and falsely represented the borrowers' ability to repay the loan, among others, all for the purpose of inducing Mortgage Company A to approve loans to borrowers and then to disburse millions of dollars in loan proceeds at closings for the purchase of residential homes.

**Borrower B.M.**

9. On or about April 27, 2023, Borrower B.M. emailed INGRAM Borrower B.M.'s 2021 and 2022 tax returns that were filed with the Internal Revenue Service ("IRS").

10. Between on or about May 16, 2023, and on or about June 9, 2023, INGRAM, M.S., and G.H. emailed each other to share drafts INGRAM prepared of Borrower B.M.'s amended 2021 and 2022 tax returns. Each of the tax returns was amended to reflect more income than previously reported. Borrower B.M. filed the amended 2021 and 2022 tax returns with the IRS, and INGRAM, M.S. and G.H., submitted and caused to be submitted, the amended tax returns to Mortgage Company A as part of the mortgage loan application.

11. On or about June 14, 2023, M.S. emailed INGRAM directing him to draft a CPA Letter for Borrower B.M. that explained the amended tax returns.

12. On or about June 14, 2023, INGRAM emailed M.S. the CPA Letter which M.S. submitted to Mortgage Company A as part of the mortgage loan application.

13. On or about July 5, 2023, M.S. emailed INGRAM directing him to create a current invoice for each of Borrower B.M.'s three businesses.

14. On or about July 6, 2023, INGRAM emailed M.S. one invoice for each of Borrower B.M.'s businesses. M.S. submitted the three invoices to Mortgage Company A as part of the mortgage loan application.

15. On or about July 13, 2023, Borrower B.M. signed the final loan application and Mortgage Company A funded the loan.

16. INGRAM knowingly joined the conspiracy.

RUSS FERGUSON
UNITED STATES ATTORNEY

Caryn Finley
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signatures and Acknowledgment</u>

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

Harold Cogdell, Attorney for Defendant

DATED: 6/4/26

<u>Defendant's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with my attorney. Based on those discussions, I understand the Factual Basis and the Bill of Information. I hereby certify that I do not dispute this Factual Basis.

TIMOTHY RANDOLPH INGRAM, Defendant

DATED: 6/4/26

3

4